UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grant

V.                                  Case Number: 3:00cv1063(EBB)

$140,000.00

NOTICE TO COUNSEL
---------------------

Rule 41(a) of the Local Rules of this District provides:

"In civil actions in which no action has been taken by the parties for six (6) months or in which deadlines established by the Court pursuant to Rule 16 appear not to have been met, the Clerk shall give notice of proposed dismissal to counsel of record. If such notice has been given and no action has been taken in the action in the meantime and no satisfactory explanation is submitted to the Court within twenty (20) days thereafter, the Clerk shall enter a judgment. Any such judgment entered by the Clerk under this rule may be suspended, altered or rescinded by the Court for cause shown."

The case above is subject to being dismissed under this rule. Unless satisfactory explanation of why it should not be dismissed is submitted to the Court by October 14, 2004, it shall be dismissed.

Dated at New Haven, Connecticut, September 24, 2004.


KEVIN F. ROWE, CLERK


By: _____
    Melissa Ruocco
    Deputy Clerk