UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR F. GRANT, JR., | : | |
| | : | |
| Plaintiff/Petitioner, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1063 (EBB) |
| | : | |
| UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY | : | |
| | : | |
| Defendants/Respondents. | : | October 14 , 2004 |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney, Julie G. Turbert, as counsel for the Defendants/Respondents, United States of America, Department of Treasury in the above-captioned action.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JULIE G. TURBERT
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700
    FEDERAL BAR # ct23398

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Notice of Appearance has been mailed, postage prepaid, on this 14th day of October, 2004, to:

J. Stanley Sanders, Esq.
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY