UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR F. GRANT, JR., | : | |
| | : | |
| Plaintiff/Petitioner, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1063 (EBB) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| DEPARTMENT OF TREASURY | : | |
| | : | |
| Defendants/Respondents. | : | October 14, 2004 |

RULE 41(a) RESPONSE OF THE DEFENDANTS/RESPONDENTS

The Defendants/Respondents, United States of America, Department of Treasury, hereby respond to the Rule 41(a) Notice entered by the Court on September 24, 2004 in the above-captioned matter. The undersigned Assistant United States Attorney hereby represents to this Court the following:

1. On June 9, 2000, Arthur F. Grant, Jr. filed a Petition for Determination of Claim of Ownership concerning the seizure of $140,000.00 in United States Currency from Account No. 1215701749, held in the name of Arthur F. Grant at Bank of America, Rolling Hills, California.

2. On October 3, 2000, the United States of America filed a Motion to Dismiss, or in the Alternative to Transfer in response to the Petition.

3. On October 4, 2000, the United States of America, filed a Verified Complaint of Forfeiture against the subject matter of the Petition, to wit the $140,000.00 in United States Currency seized from Account No. 1215701749, held in the name of Arthur F. Grant at Bank of America, Rolling Hills, California, to enforce the provisions of 18 U.S.C. § 981(a)(1)(A) for the

forfeiture of currency involved in a financial transaction in a violation of 18 U.S.C. §§ 1956 and 1957. That action was filed in connection with the related criminal case entitled <u>United States v. Martin Frankel</u>, Criminal No. 3:99CR235 (EBB), in which Martin Frankel and others devised and executed a scheme to defraud several insurance companies across the country of approximately $200 million.

    4.    In that related civil forfeiture action, J. Stanley Sanders, Esq., counsel for Arthur Grant, waived personal service of the Verified Complaint of Forfeiture and Warrant of Arrest in rem on October 30, 2000, filed a Claim to the $140,000 on October 31, 2000, and filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture on November 30, 2000.

    5.    On November 20, 2000, the United States filed a Response to Petition for Determination of Ownership.

    6.    On December 5, 2000, this matter was transferred to the docket of the Honorable Ellen Bree Burns, Senior United States District Judge.

    7.    On January 9, 2001, the United States moved to stay for a number of reasons, including the initiation of a civil forfeiture action against the $140,000 since the filing of the Petition in this matter, as well as the ongoing related criminal case against Martin Frankel, which motion was granted on February 1, 2001.

    8.    The civil forfeiture action against the $140,000 is still pending and as indicated in the United States of America's Rule 41(a) Response in that case, the United States intends to litigate Mr. Grant's claim further. That case has not been resolved yet due to the outstanding claim of Mr. Grant, the pending sentencing of Martin Frankel and several other co-conspirators,

the complexity of the underlying issues involving the victim insurance companies and re-insurance companies, and the goal to resolve all of the Frankel-related forfeiture matters globally.

9. In light of the pending civil forfeiture action against the $140,000 which has provided a forum to address the merits of Mr. Grant's claim, the United States maintains that the matter should be dismissed and has no objection to the dismissal of this action pursuant to Rule 41(a) of the Local Rules of Civil Procedure for the District Connecticut.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        JULIE G. TURBERT
        ASSISTANT U.S. ATTORNEY
        P.O. BOX 1824
        NEW HAVEN, CT  06508
        (203) 821-3700
        FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Rule 41(a) Response of the Defendants/Respondents has been mailed, postage prepaid, on this 14th day of October, 2004, to:

J. Stanley Sanders, Esq.
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

                                          JULIE G. TURBERT
                                          ASSISTANT U.S. ATTORNEY