UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ARTHUR F. GRANT, JR.,          :
                               :
    Plaintiff/Petitioner,      :
                               :
v.                             :    Civil No. 3:00CV1063 (EBB)
                               :
UNITED STATES OF AMERICA,      :
DEPARTMENT OF TREASURY         :
                               :
    Defendants/Respondents.    :    October 14, 2004

RULE 41(a) RESPONSE OF THE DEFENDANTS/RESPONDENTS

The Defendants/Respondents, United States of America, Department of Treasury, hereby respond to the Rule 41(a) Notice entered by the Court on September 24, 2004 in the above-captioned matter. The undersigned Assistant United States Attorney hereby represents to this Court the following:

1. On June 9, 2000, Arthur F. Grant, Jr. filed a Petition for Determination of Claim of Ownership concerning the seizure of $140,000.00 in United States Currency from Account No. 1215701749, held in the name of Arthur F. Grant at Bank of America, Rolling Hills, California.

2. On October 3, 2000, the United States of America filed a Motion to Dismiss, or in the Alternative to Transfer in response to the Petition.

3. On October 4, 2000, the United States of America, filed a Verified Complaint of Forfeiture against the subject matter of the Petition, to wit the $140,000.00 in United States Currency seized from Account No. 1215701749, held in the name of Arthur F. Grant at Bank of America, Rolling Hills, California, to enforce the provisions of 18 U.S.C. § 981(a)(1)(A) for the