UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR F. GRANT, JR., | : | |
| | : | |
| Plaintiff/Petitioner, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1063 (EBB) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| DEPARTMENT OF TREASURY | : | |
| | : | |
| Defendants/Respondents. | : | |

### STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its costs and attorney's fees.

PLAINTIFF/PETITIONER
ARTHUR F. GRANT, JR.

August 9, 2005
DATE

BY: J. STANLEY SANDERS, ESQ.
2015 WELLINGTON ROAD

|   |   |
|---|---|
| | LOS ANGELES, CA 90016-1824 |
| | (323) 737-6334 |
| | |
| | DEFENDANTS/RESPONDENTS |
| | UNITED STATES OF AMERICA AND |
| | DEPARTMENT OF TREASURY |
| | |
| | KEVIN J. O'CONNOR |
| | UNITED STATES ATTORNEY |

8/19/05
DATE

BY: JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct23398

### CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation of Dismissal has been mailed, postage prepaid, on this 19th day of August, 2005, to:

J. Stanley Sanders, Esq.
2015 Wellington Road
Los Angeles, CA 90016-1824

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY